**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:   **Sharon D. Love**                                     Case No. **07-40867**

                           **Debtor**                           Chapter  **13**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of  sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   **3/22/2007**                              Signed: **s/ Sharon D. Love**
                                                              **Sharon D. Love**

Signed:   **/s/Robert A. Ward**
          **Robert A. Ward, Esq.**
          Attorney for Debtor(s)
          Bar no.:           **34365**
          **Robert A. Ward, Esq. #34365**
          **1305 Franklin Street**
          **Suite 301**
          **Oakland, Ca  94612**
          Telephone No.:     **510 839-5333**
          Fax No.:
          E-mail address:

ASPIRE VISA
C/O HARRIS & ZIDE
1445 HUNTINGTON DR., STE. 300
SO. PASADENA, CA  91030

AT&T
C/O COLLECTION BUREAU OF AMERICA
P.O. BOX 5013
HAYWRAD, CA  94540

GENESIS FINANCIAL SOLUTIONS
C/O CAPITAL MANAGMENT SERVICES
726 EXCHANGE STREET, STE. 700
BUFFALO, NY  14210

MIDLAND CREDIT MANAGEMENT
C/O FLINT C. ZIDE, ESQ.
1445 HUNTINGTON DR., STE. 300
SO. PASADENA, CA  91030

NATIONAL PAYMENT CENTER
US DEPT. OF EDUCATION
P.O. BOX 4169
GREENVILLE, TX  75403

RICHLAND STATE BANK
P.O. BOX 89937
SIOUX FALLS, SD  57109

SPRINT
C/O CAVALRY PORTFOLIO SERVICES
P.O. BOX 27288
TEMPE, AZ 85282

TARGET
C/O PORTFOLIO RECOVERY ASSOCIATES
P.O. BOX 12914
NORFOLK, VA  23541

WASHINGTON MUTUAL
C/O ER SOLUTIONS
800 SW 39TH STREET
P.O. BOX 9004
RENTON, WA.  98057

```
WELLS FARGO BANK
C/O ENCHANCED RECOVERY CORP.
8014 BAYBERRY ROAD
JACKSONVILLE, FL   32256

WFNNB
C/O NCO FINANCIAL SYSTEMS
507 PRUDENTIAL ROAD
HORSHAM, PA   19044
```